UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          CASE NO. 8:14-CV-1820-T-17AEP

JON E. HOCHMAN,
    Defendant.

_____

## FINAL SUMMARY JUDGMENT

This cause is before the Court upon Plaintiff, United States of America's, Motion for Entry of Final Summary Judgment against Defendant, Jon E. Hochman (Doc. 7). There was no timely response from the defendant after the Court issued a show cause order. The Court having reviewed the pleadings submitted on behalf of the Plaintiff and for good cause shown, it is hereby

ordered that the motion is well-taken and judgment will be entered in favor of Plaintiff, the United States of America, and against defendant, Jon E. Hochman, upon the Complaint herein, and it is further

**ORDERED** that Plaintiff recover of the defendant, Jon E. Hochman, the sum of $7,940.51 ($3,292.47 in principal and $3,703.04 in interest at the rate of 3.270% for Account No. 2010A33908). In accordance with the supporting documentation attached as Exhibit "A" to Plaintiff's Motion for Summary Judgment, together with taxed costs in the amount of $945.00 consisting of a Fee for Service and Travel, per 28 U.S.C § 1921 of $45.00 plus Attorney's Fees of $900.00, for all of which sums let execution issue. It is further

**ORDERED** that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure. Plaintiff's address is: Becker & Poliakoff P.A., 121 Alhambra Plaza 10th Floor, Coral Gables, FL 33134. Defendants address is: Jon E. Hochman, 4205 Avenue, North Port, FL 34286.

The Clerk of Court is directed to close this case as judgment is entered against the defendant.

**DONE AND ORDERED** in Chambers, in Tamps, Florida, this 23rd day of October, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esq.(Two Certified Copies)
    Jon E. Hochman